UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VALLEY,<br><br>       Plaintiff,<br><br>v.<br><br>ALICIA STOTTSBERRY,<br><br>       Defendant. | Case No. 16-cv-02915-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 14 |

Good cause appearing, defendant's request for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendant to file a dispositive motion is CONTINUED to **January 30, 2017**. Plaintiff shall file any opposition to defendant's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: 11/4/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge