UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VALLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ALICIA STOTTSBERRY,<br><br>    Defendant. | Case No. 16-cv-02915-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2017

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge